THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clifton Emanuel Isreal, Appellant.
 
 
 

Appeal From Marion County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2008-UP-309
Submitted June 1, 2008  Filed June 12,
 2008
DISMISSED

 
 
 
 Chief Attorney Joseph Savitz, III, South Carolina Commission for
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Edgar L.
 Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Clifton Isreal appeals his guilty plea to burglary, arguing
 the trial judge should have recused himself from the case because he attended
 law school with the victim.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Isreals appeal and grant counsels
 motion to be relieved.[1]
DISMISSED. 
HEARN,
 C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.